DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ACTION LOSS MITIGATION, LLC,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** F/K/A THE BANK OF NEW YORK,
AS SUCCESSOR TO JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN
TRUST 2004-FF10,
Appellee.

No. 4D17-1679

[April 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502015CA13314XXXXMB.

Evan B. Plotka of Evan B. Plotka, P.L., Hollywood, for appellant.

Shawn Taylor of DeLuca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***